# HAROLD S. ENTES
**ATTORNEY AT LAW**
1960 Williamsbridge Road
Bronx, New York 10461
Tel: (718) 828-3070
Fax: (718) 828-3118

April 5, 2018

Honorable Cecelia G. Morris
Bankruptcy Court Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re: Louise S. Amore
Chapter 13 Case No. 17-12579 cgm
Confirmation Hearing of April 12, 2018
**Status Report**

Dear Judge Morris:

I am submitting the following Status Report:

1. On information and belief, Debtor is current with her Chapter 13 Plan payments.

2. Debtor is reviewing Claim by her Mortgagee for a possible Motion to Object to same.

Very truly yours,

s/Harold S. Entes